**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARCUS LAGMANSON, *et al.*, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-541 |
| *Plaintiffs*, | Judge Robert W. Gettleman |
| v. | |
| ROBINHOOD MARKETS, INC., *et al.*, | |
| *Defendants*. | |

## JOINT STIPULATION TO STAY PROCEEDINGS

Plaintiffs Marcus Lagmanson, Anthony R. Reyes, and Brian Belderrain ("Plaintiffs"), and Defendants TD Ameritrade, Inc. ("TD Ameritrade") and E*TRADE Financial Corporation ("E*TRADE") (collectively, "Defendants"), by and through undersigned counsel, hereby submit to the Court this joint stipulation to stay further proceedings in this action pending the resolution of a motion to transfer this action under 28 U.S.C. § 1407:

1.  Plaintiffs filed a Complaint in this action on January 29, 2021;

2.  TD Ameritrade's current deadline to respond to the Complaint is March 31, 2021; E*TRADE's current deadline to respond to the Complaint is March 30, 2021, *see* Fed. R. Civ. P. 12(a)(1)(A)(i);

3.  A Motion for Transfer under 28 U.S.C. § 1407 was filed with the United States Judicial Panel on Multidistrict Litigation ("JPML") on February 5, 2021, seeking transfer of multiple actions, including this action, to a single district for consolidated pretrial proceedings, *see* Ex. A;

4.  Briefing on the Motion for Transfer closed March 5, 2021, and the Motion was heard by the JPML on March 25, 2021, *see* Ex. B;

5.  "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants," *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936);

6.  In deciding whether to enter a stay, courts in this district generally consider (1) "whether a stay will reduce the burden of litigation on the parties and the court," (2) "whether a stay will simplify the issues in question and streamline the trial," and (3) "whether a stay will unduly prejudice or tactically disadvantage the non-moving party," *Pfizer Inc. v. Apotex Inc.*, 640 F. Supp. 2d 1006, 1007 (N.D. Ill. 2009);

7.  All these considerations support entry of a stay pending resolution of the proceedings before the JPML:  absent a stay, the parties and the Court would engage in pretrial proceedings that may be duplicated or mooted if the JPML transfers this case, and thus a stay would reduce the burden of litigation on the parties and promote the interests of judicial economy and simplifying this litigation;

8.  Defendants do not waive, and expressly retain and reserve, all rights to move or otherwise respond to the Complaint on any ground; and

9.  Plaintiffs and Defendants agree that they will not suffer prejudice from a stay given that this case is still in its early stages—no responsive pleadings have been filed, no discovery has occurred, and the Court has not yet set a schedule for this action;

10.  Wherefore, Plaintiffs and Defendants hereby agree and stipulate that all proceedings and deadlines in this action, including those relating to Defendants' responses to the Complaint, should be stayed pending the JPML's resolution of the aforementioned Motion for

Transfer.  If the case is not transferred, then within fourteen (14) days after the entry of the JPML's order denying transfer, Plaintiffs and Defendants shall meet and confer and propose a schedule to the Court for Defendants' filing of a response to the Complaint.

Dated:  March 26, 2021

Respectfully submitted,


/s/ Jonathan D. Lubin

Jonathan D. Lubin
LAW OFFICE OF JONATHAN LUBIN
8800 Bronx Ave., Suite 100H
Skokie, IL 60077
Phone: (773) 954-2608
jonathan@lubinlegal.com

*Counsel for Plaintiffs*


R. Tamara de Silva
LAW OFFICES OF R. TAMARA DE SILVA, LLC
980 N. Michigan Ave., Suite 1400
Chicago, IL 60611
Phone: (312) 913-9999
tamara@desilvalawoffices.com

*Counsel for Plaintiffs*

/s/ Christian T. Kemnitz

Christian T. Kemnitz
Hannah O. Koesterer
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Phone: (312) 902-5379
christian.kemnitz@katten.com
hannah.koesterer@katten.com

*Counsel for TD Ameritrade, Inc.*


Elizabeth P. Papez
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Phone: (202) 955-8608
epapez@gibsondunn.com

*Counsel for TD Ameritrade, Inc.*



/s/ Frances E. Bivens

Frances E. Bivens
Brian S. Weinstein
Gina Cora
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5972
brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Counsel for Defendant E*TRADE Financial Corporation*

4