# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARCUS LAGMANSON, *et al.*, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ROBINHOOD MARKETS, INC., *et al.*,<br><br>    *Defendants*. | Case No. 1:21-cv-541<br><br>Judge Robert W. Gettleman |

## ORDER STAYING PROCEEDINGS

Upon consideration of the Joint Stipulation to Stay Proceedings filed by Plaintiffs and Defendants TD Ameritrade, Inc. and E*TRADE Financial Corporation (collectively, "Defendants"), it is hereby ORDERED that all proceedings and deadlines in this action, including those relating to Defendants' responses to the Complaint, are STAYED pending resolution of the Motion for Transfer filed with the United States Judicial Panel on Multidistrict Litigation ("JPML") on February 5, 2021, in the matter captioned *In re January 2021 Short Squeeze Trading Litigation*, MDL No. 2989.

If the case is not transferred, then within fourteen (14) days after the entry of the JPML's order denying transfer, Plaintiffs and Defendants shall meet and confer and propose a schedule to the Court for Defendants' filing of a response to the Complaint.

SO ORDERED.

Dated: March 29, 2021

                                                                        The Honorable Robert W. Gettleman
                                                                        United States District Judge